## JOHNSTON v. MARSEE.

No. 3562.   Opinion Filed February 10, 1914.

**APPEAL AND ERROR**—Failure to File Brief—Dismissal.  Syllabus the same as in case of **Terry v. Coker**, ante, 138 Pac. 814.

(Syllabus by Brewer, C.)

*Error from County Court, Cleveland County;*
*F. B. Swank, Judge.*

Action between G. P. Johnston and J. G. Marsee. From the judgment, Johnston brings error. Dismissed.

*Hutchin & Burks,* for plaintiff in error.

*Ben F. Williams, Jr.,* for defendant in error.

Opinion by BREWER, C.   The petition in error and transcript of the record in this case were filed in this court February 1, 1912. The plaintiff in error has failed to file any brief in the cause, as required by rule 7 of this court (38 Okla. vi). The petition in error shall therefore be dismissed for want of prosecution. *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200, and cases cited; *Terry v. Coker, ante,* 138 Pac. 814.

By the Court: It is so ordered.